

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00102-CV

**PLATINUM SAPPHIRE HOSPITALITY, LLC**,
Appellant

v.

Linda **THOMPSON**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-14702
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Velia J. Meza, Justice

Delivered and Filed: May 27, 2026

DISMISSED FOR WANT OF PROSECUTION

On February 6, 2026, the appellant, Platinum Sapphire Hospitality, LLC, filed a notice of appeal. Upon filing that notice, the appellant was required to pay a $205.00 filing fee. *See* TEX. R. APP. P. 5. However, appellant did not pay the filing fee, and we notified appellant in writing that the notice of appeal had been conditionally filed because the filing fee had not been paid. We instructed appellant to pay the fee and cautioned if the fee was not paid, the appeal was subject to being stricken by this court. The fee was not paid.

On April 27, 2026, we ordered appellant, by May 7, 2026, to either: (1) pay the filing fee; or (2) provide written proof it was entitled to appeal without paying the filing fee. We warned appellant if it failed to respond within the time ordered, we would dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3(c).

Appellant has not paid the filing fee or otherwise responded to our order as directed. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 42.3(c); *Zayas v. Denson*, No. 04-18-00373-CV, 2018 WL 3551193, at *1 (Tex. App.—San Antonio July 25, 2018, no pet.) (mem. op.) (dismissing appeal for failure to pay filing fee).

PER CURIAM